**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DIEGO PORTOCARRERO-VALENCIA,

                              Petitioner,              24 **CIVIL** 6413 (CS)

         -against-                                    **JUDGMENT**

WARDEN, FCI OTISVILLE,

                              Respondent.
-------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 28, 2025, the Petition is DENIED and the

case is closed.

**DATED:** New York, New York
              March 3, 2025


                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**
                              _____
                                        **Deputy Clerk**